UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------X

UNITED STATES OF AMERICA : ORDER

     against : DOCKET NO. CR-03-1382 (NGG)

ANTHONY BASILE :

                         :

-------------------------------X

     It is ORDERED that defendant Anthony Basile be remanded to the United States Marshal for this district on Wednesday, July 12, 2006.

Dated: Brooklyn, New York
      July 12, 2006

               SO ORDERED:

                Nicholas Garaufis

              NICHOLAS G. GARAUFIS, U.S.D.J.